IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONICA RAVEN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 15-4146 |

## ORDER

**AND NOW**, this 26th day of January, 2016, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint (Docket No. 6), and Plaintiff's Response thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. The Motion to Dismiss is **GRANTED** as to Counts I-III, as well as **GRANTED** as to Count V as against Defendants Bielli and Bell in their official capacities.

2. The Motion to Dismiss is **DENIED** as to Counts IV and VI, as well as **DENIED** as to Count V as against Defendants Bielli and Bell in their individual capacities.

3. On or before February 16, 2016, Plaintiff may file an Amended Complaint that cures the deficiencies identified in the accompanying Memorandum.

4. If Plaintiff does not file an Amended Complaint, Defendants shall answer or otherwise respond to the remaining claims by March 1, 2016.

BY THE COURT:

/s/John R. Padova
_____
John R. Padova, J.