IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONICA RAVEN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 15-4146 |

## ORDER

**AND NOW**, this 8th day of March, 2017, upon consideration of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (Docket No. 22) and Plaintiff's Response thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**, as follows:

1. The Motion to Dismiss is **GRANTED** as to Counts I and II and those Counts are dismissed with prejudice for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6);

2. The Court **DECLINES** to exercise supplemental jurisdiction over the Pennsylvania state law claims contained in Counts III, IV, and V, and those claims are dismissed pursuant to 28 U.S.C. § 1367(c)(3), without prejudice to Plaintiff reasserting those claims in state court.

BY THE COURT:

/s/ John R. Padova, J.
John R. Padova, J.